# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAMELA R. SIEGLER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

CASE NUMBER: C10-5419BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

Defendant's decision to deny benefits is **AFFIRMED**; and

This action is **DISMISSED**.

June 1, 2011   WILLIAM M. McCOOL
Clerk

*s/CM Gonzalez*
Deputy Clerk